**JS-6**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| Mercenary Pictures, Inc. and Clifton T. Britt, Jr., an individual<br><br>Plaintiffs,<br><br>vs.<br><br>VBX Productions; Tanya Faulkner; an individual, and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. CV08-03079 JFW (FMOx)<br><br>(Assigned to JUDGE JOHN F. WALTER)<br><br>**ORDER OF DISMISSAL** |

## **ORDER**

The action, entitled *Mercenary Pictures, Inc., et al, v. VBX Productions, et al*, Case No. CV08-03079 JFW FMOx is hereby dismissed with prejudice, each party shall bear their own attorneys' fees, expenses and costs.

IT IS SO ORDERED :

DATED: March 6. 2009

_____
Honorable John F. Walter

895666.1

STIPULATION OF VOLUNTARY DISMISSAL OF ACTION AGAINST DEFENDANTS VBX PRODUCTIONS AND TANYA FAULKNER PURSUANT TO FED. R. CIV. P. 41

WASSERMAN, COMDEN & CASSELMAN, L.L.P.
5567 RESEDA BOULEVARD, SUITE 330
POST OFFICE BOX 7033
TARZANA, CALIFORNIA 91357-7033